

Pete Solnick <pete@solnicklaw.com>

## documents
1 message

**Pete Solnick** <pete@solnicklaw.com>                                                              Fri, Nov 17, 2023 at 1:48 PM
To: "Bennett, Allyson R." <ABennett@mofo.com>, "Gratz, Joseph C." <JGratz@mofo.com>, "DeStefano, Michael J" <mdestefano@mofo.com>

Would you please produce all the documents you agreed to produce ?  I obviously am honoring the protective order.  I also would like a date for Amazon's corp rep's deposition.
I would like the person most knowledgeable about the following areas:

1) the paid search marketing efforts involving the terms NeuroMD and/or NeuroMed.
2) the organic search involving the terms NeuroMd and/or Neuromed.
3) the keyword advertisement(s) using the terms NeuroMD and/or Neuromed in the different internet browsers.
4) the number of impressions Amazon obtained from the terms NeuroMD and/or Neuromed,
5) the sales generated from use of the terms NeuroMD and/or Neuromed in a sponsored link, keyword advertisement, and/or organic search.
6) the information and/or meta data Amazon provided to the various search engines involving the paid search advertising or organic search of the terms NeuroMD and/or Neuromed.
7) the blocking of the terms NeuroMD and/or Neuromed from the various search engines.

I would appreciate it if we could take the deposition in December.
It can be via zoom if you would like.

Thank you.
Pete

**Peter J. Solnick, Esq.**

**3363 NE 163rd Street, Suite 801**

**North Miami Beach, FL 33160**

**Tel: 786-629-6530**

**Fax: 305-468-6353**

**www.solnicklaw.com**

**Kindly note our change in address. We are now at our NEW OFFICE LOCATION located at 3363 NE 163rd Street, Suite 801, North Miami Beach, FL 33160**

**If visiting, free parking is available on the 3rd and 4th floor.**