

Pete Solnick &lt;pete@solnicklaw.com&gt;

## NeuroMD v. Amazon - Proposed Protective Order

**Pete Solnick** &lt;pete@solnicklaw.com&gt;                                                     Tue, Jan 16, 2024 at 4:30 PM
To: "DeStefano, Michael J" &lt;MDestefano@mofo.com&gt;
Cc: "Gratz, Joseph C." &lt;JGratz@mofo.com&gt;, "Bennett, Allyson R." &lt;ABennett@mofo.com&gt;

See attached.  I have not received a date.  Now please provide one.  Tomorrow I will be moving to compel.

**Peter J. Solnick, Esq.**

**3363 NE 163rd Street, Suite 801**

**North Miami Beach, FL 33160**

**Tel: 786-629-6530**

**Fax: 305-468-6353**

**www.solnicklaw.com**

**Kindly note our change in address. We are now at our NEW OFFICE LOCATION located at 3363 NE 163rd Street, Suite 801, North Miami Beach, FL 33160**

**If visiting, free parking is available on the 3rd and 4th floor.**

[Quoted text hidden]

 **11.17.23 email.pdf**
69K

1/18/24, 11:35 AM Case 1:23-cv-21760-DPG Document 69-5 Entered on FLSD Docket 01/18/2024 Page 2 of 2
Solnick Law Mail - NeuroMD v. Amazon - Proposed Protective Order

Ex 5



Pete Solnick <pete@solnicklaw.com>

---

# NeuroMD v. Amazon - Proposed Protective Order

---

**Pete Solnick** <pete@solnicklaw.com> Tue, Jan 16, 2024 at 4:39 PM
To: "DeStefano, Michael J" <MDestefano@mofo.com>
Cc: "Gratz, Joseph C." <JGratz@mofo.com>, "Bennett, Allyson R." <ABennett@mofo.com>

It does not matter. You did not provide dates then or not - just an effort to thwart discovery. And they are not dissimilar. You have 2/3 people who were involved in the keyword ads and organic search, and has knowledge about the documents. So, I do not think it matters very much. I am preparing the motion, and if I do not have dates by the AM, I am filing it. This is enough already!

**Peter J. Solnick, Esq.**

**3363 NE 163rd Street, Suite 801**

**North Miami Beach, FL 33160**

**Tel: 786-629-6530**

**Fax: 305-468-6353**

**www.solnicklaw.com**

**Kindly note our change in address. We are now at our NEW OFFICE LOCATION located at 3363 NE 163rd Street, Suite 801, North Miami Beach, FL 33160**

**If visiting, free parking is available on the 3rd and 4th floor.**

[Quoted text hidden]